**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**WILLIAM D. CERBE,**  **PLAINTIFFS**
**ET Al.**

**v.**  **4:11CV0288-BRW**

**PACCAR LEASING CORPORATION**  **DEFENDANT**

## ORDER

Plaintiffs' Motion to Appear *Pro Hac Vice* (Doc. No. 31) is DENIED without prejudice. The motion for *pro hac vice* cannot be granted until Plaintiffs' local counsel files a notice of appearance.

IT IS SO ORDERED this 14th day of June, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

1