IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WILLIAM D. CERBE,**                                                                              **PLAINTIFFS**
**ET Al.**

v.                                **4:11CV0288-BRW**

**PACCAR LEASING CORPORATION**                                     **DEFENDANT**

### ORDER

Pending is Defendant's Motion to Compel Joinder of Additional Party (Doc. No. 30). Plaintiff does not oppose joinder. Defendant seeks to compel joinder of American Family Insurance Group ("AFIG"). AFIG filed suit against Defendant in Crittenden County, Arkansas, in a case that arises out of the same facts and circumstances as this action. It appears that joinder is both proper and necessary under Federal Rule of Civil Procedure 19.

Defendant's Motion to Compel Joinder of Additional Party is GRANTED, and American Family Insurance Group is hereby joined as a plaintiff in this case.

IT IS SO ORDERED this 5th day of July, 2011.

                                                                  /s/ Billy Roy Wilson
                                                      UNITED STATES DISTRICT JUDGE